# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Bruce Sedillo | ) | 24-MJ-1663 LF |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## *SECOND AMENDED* CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  November 8 to November 13, 2024  in the county of  Bernalillo  in the
District of  New Mexico , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi) | Possession with Intent to Distribute and Distribution of 400 Grams and More of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide); |
| 21 U.S.C. § 846 | Conspiracy to Commit Drug Trafficking; |
| 18 U.S.C. § 924(c)(1)(A)(i) | Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime, and Possessing a Firearm in Furtherance of such Crime; and |
| 18 U.S.C. §§ 922(g)(1) and 924 | Felon in Possession of a Firearm and Ammunition. |

This criminal complaint is based on these facts:

Please see the attached affdavit of DEA Special Agent David Zimmerman, which is incorporated by reference and has been reviewed and approved by Assistant U.S. Attorney Matthew McGinley.

☑ Continued on the attached sheet.

*Complainant's signature*

SA David Zimmerman
*Printed name and title*

Telephonically sworn and electronically signed

Date:  11/14/2024

*Judge's signature*

City and state:   Albuquerque, New Mexico     Laura Fashing, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF:<br>BRUCE SEDILLO<br>YOB 1996 | Case No.  24-MJ-1663 LF |

**AFFIDAVIT IN SUPPORT OF *SECOND AMENDED* CRIMINAL COMPLAINT**

I, David Zimmerman, a Special Agent with the Drug Enforcement Administration ("DEA"), being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND BACKGROUND OF THE AFFIANT**

1. I make this affidavit in support of the arrest of BRUCE SEDILLO (year of birth 1996) (hereafter "SEDILLO"), for violations of:

    a) 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), that being Possession with Intent to Distribute and Distribution of 400 grams and more of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide);

    b) 21 U.S.C. § 846, that being Conspiracy to Commit drug Trafficking;

    c) 18 U.S.C. § 924(c)(1)(A)(i), that being Using and Carrying a Firearm During and in Relation to a drug Trafficking Crime, and Possessing a Firearm in Furtherance of Such Crime; and

    d) 18 U.S.C. §§ 922(g)(1) and 924; that being Felon in Possession of a Firearm and Ammunition.

2. I have been a Special Agent with the Drug Enforcement Administration ("DEA") since May of 2020. I attended the DEA Training Academy in Quantico, Virginia, where I received approximately 14 weeks of specialized narcotics-related training. As part of the curriculum at the

1

DEA academy, I received advanced training in controlled substance identification, narcotics related investigation techniques, interview and interrogation training, preparation of search warrants, tactical applications of narcotics enforcement, surveillance, and electronic monitoring techniques. I have received training in the methods of operation of Drug Trafficking Organizations, and in the investigation of Title 21 violations. Prior to becoming a Special Agent, I was a sworn Law Enforcement Officer in the state of Colorado. Starting in December 2013, I served with the Boulder Police Department and the Aurora Police Department. I was tasked with conducting investigations of violations of the Colorado Revised Statutes and have authored arrest warrants and search warrants for residences, cell telephones, and social media platforms related to drug investigations. As a result, I am familiar with matters including, but not limited to, the means and methods used by individuals to purchase, transport, store, and distribute drugs and to hide profits generated from those transactions.

3. This affidavit is based upon my personal knowledge, and upon information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable. Throughout this affidavit, reference will be made to law enforcement officers. Law enforcement officers are those federal, state, and local law enforcement officers who have directly participated in this investigation, and with whom your affiant has had regular contact regarding this investigation.

4. Based on my training, experience, and the facts a set forth in this affidavit, I believe there is probable cause that violations of (1) 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), that being Possession with Intent to Distribute and Distribution of 400 grams and more of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide); (2) 21 U.S.C. § 846, that being Conspiracy to Commit drug Trafficking; (3) 18 U.S.C. § 924(c)(1)(A)(i), that being Using and

2

Carrying a Firearm During and in Relation to a drug Trafficking Crime, and Possessing a Firearm in Furtherance of Such Crime; and (4) 18 U.S.C. §§ 922(g)(1) and 924; that being Felon in Possession of a Firearm and Ammunition, were committed by SEDILLO.

5. Because this affidavit is submitted for the limited purpose of securing authorization for a Criminal Complaint and Arrest Warrant, I have not included each and every fact known to me concerning this investigation. This affidavit is intended to show that there is sufficient probable cause for the requested warrant.

## **PROBABLE CAUSE**

6. On November 5, 2024, Agents with the Lea County Drug Task Force ("LCDTF") authored a New Mexico State tracker warrant for a gray BMW, with New Mexico license plate SAA-268, which is vehicle associated with Jose Luis MARQUEZ. LCDTF successfully installed the tracker on the vehicle.

7. On November 8, 2024, LCDTF informed agents with the DEA Albuquerque District Office (ADO) that MARQUEZ' tracker indicated that he was in route to Albuquerque. Agents received updates on MARQUEZ while he was in route. At approximately 11:59 pm, agents observed the BMW arrive at Motel 6 located at 3400 Prospect Ave NE in Albuquerque. Agents observed the BMW park in front of the lobby and then watched (1) MARQUEZ get out of the front passenger seat, (2) an older female, later identified as to be Elizabeth REYNA (MARQUEZ' mother), exit the driver's seat, and (3) a younger adult female, Elizabeth RIOS, get out of the back seat. Agents observed MARQUEZ check into the hotel and open rooms #200 and #201. The older female appeared to be staying in #200, while MARQUEZ and the other female appeared to be staying in #201. Surveillance was terminated shortly after.

3

8. On November 9, 2024, at approximately 1:37 AM, the tracker placed the BMW at 8006 Morrow Ave. SE, Albuquerque, New Mexico 87110 ("SEDILLO PREMISES 1"), which is a residence associated with SEDILLO.  Agents have previously observed SEDILLO driving a Dodge Durango and a Dodge Ram TRX, both of which have been parked at SEDILLO PREMISES 1.  The Dodge Durango is registered to SEDILLO PREMISES 2.

9. A short time later, the tracker indicated that the BMW left SEDILLO PREMISES 1 and returned to the Motel 6.

10. On the same date at approximately 11:42 AM, agents observed the tracker leave Albuquerque. Agents monitored the tracker until it got to Tatum, New Mexico.

11. On November 9, 2024, at approximately 5:30 pm, agents with LCDTF initiated an investigative stop on the gray BMW at an Allsup's located at 102 W Broadway Street in Tatum. The vehicle was occupied by REYNA (driver) and MARQUEZ (rear passenger). RIOS, who was inside when agents first made contact with the BMW, exited the Allsup's during the investigative stop and attempted to enter the front passenger seat. The occupants were removed from the vehicle and interviewed.

12. During the interview, Agent Hitchcock and his K9, Hulk, conducted an open-air sniff of the BMW.  K9 Hulk did have a positive indication on the passenger side as to the possible presence of narcotics in the vehicle. The BMW was sealed with evidence tape and taken to the Lea County Sheriff's Office pending a search warrant. K9 Hulk and Agent Hitchcock are a certified K9 team for narcotics detection. Agent Hitchcock received his K9 handlers' certificate from Complete K9 located in Colorado. K9 Hulk is trained to detected multiple odors of Narcotics to include; Methamphetamines, Cocaine, MDMA, Heroine and Fentanyl.

13. Following the traffic stop, MARQUEZ, RIOS, and REYNA declined to speak with Officers and were released pending further investigation.

14. On November 12, 2024, LCDTF executed the search warrant on the BMW and located approximately 11,000 fentanyl pills in the backseat of the BMW, notably where MARQUEZ was seated.



15. On November 13, 2024, while conducting surveillance on SEDILLO PREMISES 1, which is where the tracker previously placed MARQUEZ on November 9, 2024, agents observed SEDILLO leave SEDILLO PREMISES 1 in the TRX. Agents maintained surveillance on SEDILLO into Rio Rancho, where he was observed parked at SEDILLO PREMISES 2. As stated above, SEDILLO's other vehicle, the Dodge Durango, is registered to SEDILLO PREMISES 2.

16. On November 13, 2024, agents executed a court-authorized search warrant on SEDILLO PREMISES 1. During the search, agents located approximately 150,000 fentanyl pills labeled "Leon" and "GSV" in a suitcase in the trunk of a vehicle parked inside the attached garage, approximately 22,0000 fentanyl pills labeled "Diablo" hidden inside a vent in the residence, as well as a money counter, three AR-15 style rifles (one of which was equipped with a suppressor), a pistol with a suppressor, and documents with SEDILLO's name thereon.





17.     SEDILLO was previously convicted of a felony in cause number 17-CR-01371-JB in the United States District Court for the District of New Mexico. He pleaded guilty in that case on May 14, 2018, to a violation of 18 U.S.C. § 1951(a), that being Interference with Interstate Commerce by Robbery and Violence. SEDILLO was sentenced to a term of four years of imprisonment with the Bureau of Prisons, followed by a term of supervised release of three years.

## CONCLUSION

18.     Based on my training, experience, and the facts a set forth in this affidavit, I believe there is probable cause that violations of violations of (1) 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), that being Possession with Intent to Distribute and Distribution of 400 grams and more of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide); (2) 21 U.S.C. § 846, that being Conspiracy to Commit drug Trafficking; (3) 18 U.S.C. § 924(c)(1)(A)(i), that being Using and Carrying a Firearm During and in Relation to a drug Trafficking Crime, and Possessing a Firearm in Furtherance of Such Crime; and (4) 18 U.S.C. §§ 922(g)(1) and 924; that being Felon in Possession of a Firearm and Ammunition, were committed by SEDILLO.

19.     Assistant United States Attorney Matthew McGinley reviewed and approved this affidavit for legal sufficiency.

_____
David Zimmerman
Special Agent
Drug Enforcement Administration

Subscribed electronically and sworn telephonically before me
this  14th  day of November, 2024:

_____
Laura Fashing
UNITED STATES MAGISTRATE JUDGE