IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr. No. 25-00879 JB |
| | ) | |
| vs. | ) | |
| | ) | |
| **HERIBERTO SALAZAR AMAYA,** *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' SECOND EXHIBIT LIST**

The United States of America submits this first amended list of exhibits for trial in this

matter.  The United States reserves the right to supplement this list.

Respectfully submitted,

RYAN ELLISON
United States Attorney

*/s/ Electronically filed on 7/20/2025*
MATTHEW J. McGINLEY
ELAINE Y. RAMIREZ
BLAKE NICHOLS
RAQUEL RUIZ-VELEZ
Assistant United States Attorneys
201 Third Street NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274
(505) 346-7296 fax

I HEREBY CERTIFY that on July 20, 2025,
I filed the foregoing pleading electronically
through the CM/ECF system, which caused
counsel of record to be served by electronic
means on this date.
*/s/*
MATTHEW J. McGINLEY
Assistant United States Attorney

| United States' First Amended Exhibit List | *United States v. Heriberto Salazar-Amaya, et al.*, 25-CR-0879 JB |
|---|---|
| Presiding Judge: **James O. Browning** | |

| USA No. | Def Ltr. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits |
|---|---|---|---|---|---|---|
| 1 | | | | | | Physical Exhibit<br>Organizational Chart of HSO Drug Trafficking Organization |
| 2 | | | | | | Physical Exhibit<br>Subset of Organizational Chart of HSO Drug Trafficking Organization |
| 3 | | | | | | N-2062<br>Photographs of buy/walk conducted on July 24, 2024. |
| 4 | | | | | | N-2049<br>Media exhibits from July 24, 2024, buy/walk. |
| 5 | | | | | | Physical Exhibit<br>N-2050, a grey Verizon bag |
| 6 | | | | | | Physical Exhibit<br>Exhibit 2019<br>Fentanyl – 4,888 pills – 531 g |
| 7 | | | | | | N-146<br>Surveillance video captured on September 12, 2024. |
| 8 | | | | | | Physical Exhibit<br>N-79<br>Two discs containing footage of the surveillance on August 14, 2024. |
| 9 | | | | | | N-191<br>Video of surveillance conducted on August 17, 2024. |
| 10.1-10.6 | | | | | | N-80<br>Screenshots of Airbnb listing for 8705 Sugarite Trail NE, ABQ NM and review left by "Heriberto." |
| 11.1-11.20 | | | | | | N-83<br>Photos, videos and Airbnb information collected on August 16, 2024, during the surveillance of 2900 Vista Del Rey NE, Building 18, Albuquerque, NM. |
| 12.1-12.40 | | | | | | N-84<br>Photographs and videos of surveillance conducted on August 20, 2024. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | | | | | | N-88<br>Video of surveillance conducted on August 22, 2024. |
| 14.1-14.100 | | | | | | N-89<br>Photographs of surveillance conducted on August 22, 2024. |
| 15.1-15.4 | | | | | | N-90<br>8/26/2024<br>Photographs of surveillance conducted on August 23, 2024. |
| 16.1-16.4 | | | | | | N-91<br>Videos of surveillance conducted on August 25, 2024. |
| 17 | | | | | | Physical Exhibit<br>N-2055<br>A "Grainger" box |
| 18.1-18.10 | | | | | | N-2056<br>Photographs, audio recordings, and other media from September 9, 2024, buy/walk. |
| 19.1-19.20 | | | | | | N-2059<br>Photographs taken on September 9, 2024. |
| 20 | | | | | | Physical Exhibit<br>Exhibit 2022<br>Fentanyl 9,585 pills – 1096 grams |
| 21 | | | | | | Physical Exhibit<br>N-78<br>Two discs containing videos and photographs from surveillance conducted on August 12, 2024. |
| 22 | | | | | | Physical Exhibit<br>N-97<br>One disc containing T-III data for ******0721 (Anesi Phone 2). |
| 23 | | | | | | Physical Exhibit<br>N-103<br>One DVD-R with GPS data for ******0721 (Anesi Phone 2) from August 9, 2024, to September 8, 2024. |
| 24.1-24.56 | | | | | | N-101<br>Photographs of surveillance conducted on Sept. 10, 2024. |
| 25 | | | | | | Physical Exhibit<br>N-118<br>A Blu-Ray disc containing T-III data for ******0877 (SOS Telephone 1). |

| | | | | | |
|---|---|---|---|---|---|
| 26.1-26.10 | | | | | N-115<br>Photographs of surveillance camera footage obtained at Extra Space Storage on Sept. 27, 2024. |
| 27.1-27.9 | | | | | N-119<br>Documents from Extra Space Storage, 4909 Juan Tabo Blvd NE, Albuquerque, NM 87111 regarding storage units. |
| 28.1-28.5 | | | | | N-120<br>Documents from 8300 Wyoming Blvd NE Albuquerque, NM (Arterra Apartments) related to the tenants of apt #0914. |
| 29.1-29.25 | | | | | N-102<br>Photographs of white Colorado and silver F-150 traveling from Phoenix to Albuquerque on Sept. 7, 2024. |
| 30 | | | | | N-109<br>Audiorecording of ruse phone call to ******0877 (SOS Telephone 1) conducted on September 11, 0224. |
| 31 | | | | | N-110<br>Video recording related to recorded ruse phone call (N-109) conducted on Sept. 11, 2024, in Las Vegas, Nevada. |
| 32 | | | | | N-121<br>Bank statements from Chase. |
| 33.1-33.10 | | | | | N-113<br>Documents from Five Star Storage, 2050 N. Fairfield Road, Layton, UT 84041. |
| 34.1-34.5 | | | | | N-122<br>Documents from Expedia, Inc. regarding airline tickets and a hotel reservation. |
| 35.1-35.5 | | | | | N-123<br>Documents from Volaris airlines. |
| 36 | | | | | N-124<br>Audio recording of ruse phone calls to ******9161 (HSA Phone 6). |
| 37.1-37.61 | | | | | N-284<br>Videos from the Extra Space storage facility located at 4909 Juan Tabo Blvd NE, Albuquerque, NM 87111 from August 1, 2024, to October 30, 2024. |
| 38 | | | | | Physical Exhibit<br>N-8019<br>T-III evidence disc from telephone number ******8920 (Sedillo Phone 1). |

| | | | | | | |
|---|---|---|---|---|---|---|
| 38.1-38.50 | | | | | | Sedillo Phone 1 line sheets or texts and audio recordings |
| 39 | | | | | | Physical Exhibit<br>N-8016<br>Black iPhone with black case |
| 40.1-40.50 | | | | | | Phone Extraction Reports for ******8920 and/or text messages from phone. |
| 41.1-41.100 | | | | | | N-8017<br>Photographs of the execution of the search warrant conducted at 8006 Morrow Ave, Albuquerque, NM on November 13, 2024. |
| 42 | | | | | | Physical Exhibit<br>N-8000<br>A clear plastic freezer style bag containing further packaging material consistent with the appearance of drug packaging. |
| 43 | | | | | | Physical Exhibit<br>N-8001<br>A Kolibri money counter located on top of the kitchen counter of the residence. |
| 44 | | | | | | Physical Exhibit<br>N-8002<br>A Smith & Wesson M&P Bodyguard that was located in the top kitchen drawer, opposite of the refrigerator. |
| 45 | | | | | | Physical Exhibit<br>N-8002a<br>A S&W branded magazine with approximately two .380 cartridges. |
| 46 | | | | | | Physical Exhibit<br>N-8003<br>A Glock style P80 pistol with a silver in color slide and black in color plastic frame, chambered in 9mm. |
| 47 | | | | | | Physical Exhibit<br>N-8003a<br>One generic thirty-three (33) round capacity pistol magazine. |
| 48 | | | | | | Physical Exhibit<br>N-8004<br>One Bushmaster XM15-E2S rifle, chambered in .223/5.56. |
| 49 | | | | | | Physical Exhibit<br>N-8004a<br>One PMAG thirty round capacity AR-15 magazine and approximately twelve rifle cartridges. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | | | | | | Physical Exhibit<br>N-8005<br>One American Tactical Omni Hybrid rifle. |
| 51 | | | | | | Physical Exhibit<br>N-8005a<br>One PMAG forty round capacity AR-15 magazine and approximately 28 (12) rifle cartridges. |
| 52 | | | | | | Physical Exhibit<br>N-8006<br>One Palmetto State Armory PA-15 multi caliber rifle. |
| 53 | | | | | | Physical Exhibit<br>N-8006a<br>One metal magazine. |
| 54 | | | | | | Physical Exhibit<br>N-8007<br>Various magazines and ammunition found throughout the master bedroom of the residence. |
| 55 | | | | | | Physical Exhibit<br>N-8008<br>One dark blue Nautica branded suitcase located within the trunk of the wrecked Dodge Challenger that was within the garage of the residence. |
| 56 | | | | | | Physical Exhibit<br>N-8009<br>One white binder containing assorted documents. |
| 57 | | | | | | Physical Exhibit<br>N-8010<br>One Remington branded box containing approximately eighteen 9mm cartridges. |
| 58 | | | | | | Physical Exhibit<br>N-8011<br>A black and blue container, located dresser drawer of room. |
| 59.1-59.5 | | | | | | Photographs of $72,445.00 in U.S. Currency. |
| 60 | | | | | | Physical Exhibit<br>N-8020<br>A Blu-Ray disc containing T-III data for ******1226 (Montoya Telephone 1) |
| 60.1-60.75 | | | | | | Montoya Telephone 1 Line Sheets and audio recordings |

| | | | | | | |
|---|---|---|---|---|---|---|
| 61 | | | | | | Physical Exhibit<br>N-8021<br>Two Blu-Ray discs containing T-III data for ******9371 (Garcia Telephone 1). |
| 61.1-61.75 | | | | | | Garcia Telephone 1 Line Sheets and audio recordings |
| 62 | | | | | | N-8013b<br>Photograph of $25,495.00 in U.S. Currency. |
| 63.1-63.5 | | | | | | N-8014b<br>Photograph of $46,950.00 in U.S. Currency. |
| 64 | | | | | | Physical Exhibit<br>N-8015<br>A receipt with Bruce SEDILLO's name on it located in a tan backpack. |
| 65 | | | | | | Physical Exhibit<br>N-8018<br>A Max-9 Ruger handgun (SN: 350054688). |
| 66 | | | | | | Physical Exhibit<br>N-8018a<br>A firearm magazine and nine bullets. |
| 67 | | | | | | Physical Exhibit<br>Exhibit 8000<br>Fentanyl 22,236 pills |
| 68 | | | | | | Physical Exhibit<br>Exhibit 8001<br>Fentanyl 12 pills |
| 69 | | | | | | Physical Exhibit<br>Exhibit 8004<br>Fentanyl 2,041 pills |
| 70 | | | | | | Physical Exhibit<br>Exhibit 8005<br>Fentanyl 50,048 pills |
| 71 | | | | | | Physical Exhibit<br>Exhibit 8006<br>Fentanyl 57,563 pills |
| 72 | | | | | | Physical Exhibit<br>Exhibit 8007<br>Fentanyl 10,100 pills |
| 73 | | | | | | Physical Exhibit<br>Exhibit 8008<br>Fentanyl 19 pills |
| 74.1-74.10 | | | | | | N-126<br>Documents from Wheat Ridge Self Storage at 4901 Marshall St, Wheat Ridge, CO 80033. |

| 75 | | | | | | N-173<br>Surveillance footage captured at the Extra Space Storage facility located at 4909 Juan Tabo Blvd NE, Albuquerque NM 87111 from October 30, 2024, to December 12, 2024. |
|---|---|---|---|---|---|---|
| 76 | | | | | | Physical Exhibit<br>N-137<br>Three Blu-Ray discs containing T-III data for ******3554 (HSA Phone 3), ******9161 (HSA Phone 6) and ******9583 (HSA Phone 7). |
| 76.1-76.50 | | | | | | HSA Phone 3, 6 and 7 line sheets and audio recordings. |
| 77.1-77.9 | | | | | | N-147<br>Documents regarding T-Mobile billing information related to phone numbers 702-366-6653, 702-510-7290, 702-572-0768. |
| 78.1-78.10 | | | | | | N-148<br>Records from Extra Space Storage located at 2555 S. Lewis Way, Lakewood, CO 80227. |
| 79 | | | | | | N-157<br>Video footage of storage unit located at 108880 Unser Boulevard NW Albuquerque, NM, on January 7, 2025. |
| 80.1 – 80.16 | | | | | | Physical Exhibit<br>N-150<br>Discs containing footage of a surveillance operation conducted on January 28, 2025. |
| 81.1-81.7 | | | | | | N-151<br>Photographs of surveillance conducted on January 28, 2025. |
| 82.1-82.6 | | | | | | N-152<br>Discs containing footage of a surveillance operation on January 30, 2025. |
| 83.1-83.2 | | | | | | Physical Exhibit<br>N-153<br>Disc of surveillance video of co-conspirator at the Chevrolet Silverado. |
| 84 | | | | | | Physical Exhibit<br>N-154<br>Three Blu-Ray discs containing T-III data for ******4990 (HSA Phone 11), ******7496 (HSA Phone 12, and ******0736 (HSA Phone 13). |
| 84-1-84-100 | | | | | | HSA Phone 11, 12 and 13 line sheets and audio recordings. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 85 | | | | | | N-714<br>Documents from Extra Space Storage unit, located at 10880 Unser Boulevard NW, Albuquerque, NM on Feb. 7, 2025. |
| 86.1 – 86.8 | | | | | | N-175<br>Camera footage captured at the Extra Space Storage facility located at 4909 Juan Tabo Blvd NE Albuquerque, NM. |
| 87 | | | | | | N-114<br>A video and a picture from the Extra Space Storage located at 4909 Juan Tabo Blvd NE. |
| 88.1-88.5 | | | | | | N-183<br>Videos and photos during surveillance conducted on March 12, 2025. |
| 89.1-89.11 | | | | | | N-176<br>Surveillance footage from March 12, 2025. |
| 90.1-90.20 | | | | | | N-178<br>Videos from Extra Storage Space and a receipt for unit 2721 on March 18, 2025. |
| 91.1-91.3 | | | | | | N-179<br>Video of surveillance conducted on March 19,2025, and March 20, 2025. |
| 92.1-92.4 | | | | | | N-180<br>Video of surveillance conducted at Tramway Blvd. #R-119 in Albuquerque, NM and another location. |
| 93.1-93.3 | | | | | | N-192<br>Video from the Extra Space storage facility on March 22, 23 and 27, 2025. |
| 94 | | | | | | N-181<br>Surveillance footage of 18221 Otero Ave NE, Albuquerque, NM on March 23, 2025. |
| 95.1-95.71 | | | | | | N-182<br>Photographs and video of surveillance conducted on March 26, 2025. |
| 96 | | | | | | N-184<br>Video of surveillance conducted at 5602 Gold Rush Dr NW, ABQ, NM on March 26, 2025. |
| 97 | | | | | | N-185<br>Surveillance footage of 8221 Otero Ave. NE Albuquerque, NM, on April 3, 2025. |
| 98.1-98.53 | | | | | | N-186<br>Photographs and video of surveillance conducted on April 7, 2025. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 99 | | | | | | N-186a<br>Video of surveillance conducted on April 7, 2025. |
| 100.1-100.4 | | | | | | N-187<br>Videos from the Extra Storage Facility located at 10880 Unser Boulevard, Albuquerque, NM from March 23, 2025, to April 7, 2025. |
| 101.1 – 101.4 | | | | | | N-188<br>Video footage of surveillance conducted on April 10, 2025. |
| 102 | | | | | | N-189<br>Video of surveillance conducted on April 10, 2025. |
| 103.1-103.3 | | | | | | N-189a<br>4/18/2025<br>Recording of UC purchase on April 10, 2025. |
| 104 | | | | | | Physical Exhibit<br>N-190<br>Two Blu-Ray discs containing T-III data for ****** (HSA Phone 11) and ****** (HSA Phone 12). |
| 105.1-105.3 | | | | | | N-193<br>Videos of surveillance conducted on March 28, 2025, April 7, 2025, and April 17, 2025, from the Extra Storage Facility located at 10880 Unser Boulevard NW, Albuquerque, NM. |
| 106 | | | | | | Physical Exhibit<br>N-177<br>Discs containing T-III data for ******9164 (HSA Phone 15). |
| 106.1-106.50 | | | | | | HSA Phone 15 line sheets and audio recordings |
| 107.1-107.84 | | | | | | N-194<br>Video footage of the Extra Space Storage located at 4909 Juan Tabo NE, Abq NM 87111. |
| 108 | | | | | | Physical Exhibit<br>N-195<br>Three Blu-Ray discs containing T-III data for ******4990 (HSA Phone 11), ******7496 (HSA Phone 12) and ******9164 (HSA Phone 15). |
| 108.1-108.75 | | | | | | HSA Phones 12 and 15 line sheets and audio recordings |

| 109 | | | | | | Physical Exhibit<br>N-1000<br>One black iPhone with a black phone case. |
| 110 | | | | | | Physical Exhibit<br>N-1001<br>One black iPhone with a black and green case with a poison apple sticker. |
| 111 | | | | | | Physical Exhibit<br>N-1002<br>One black and silver money counter model number AL-1000. |
| 112 | | | | | | Physical Exhibit<br>N-1003<br>One grey Samsung bearing IMEI 355901955577663, Serial Number R5CY32AG1YR, with a black charging cable attached. |
| 113 | | | | | | Physical Exhibit<br>N-1004<br>One black iPhone with no case. |
| 114 | | | | | | Physical Exhibit<br>N-1005<br>One white Motorola phone with a baseball sticker on the back, type:MC3EF |
| 115 | | | | | | Physical Exhibit<br>N-1006<br>One Enramex Licensed Money Transmitter document. |
| 116 | | | | | | Physical Exhibit<br>N-1007<br>One black iPhone with a black case. |
| 117 | | | | | | Physical Exhibit<br>N-1008<br>One white iPhone with a clear case. |
| 118 | | | | | | Physical Exhibit<br>N-1009<br>One blue oddo phone, containing no IMEI. |
| 119 | | | | | | Physical Exhibit<br>N-1010<br>One Barri Money Services LLC Receipt. |
| 120 | | | | | | Physical Exhibit<br>N-1011<br>Documents seized from an Airbnb rental. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 121 | | | | | | Physical Exhibit<br>N-1012<br>One black phone bearing IMEI:359053140114667, S/N: W82202006166. |
| 122 | | | | | | Physical Exhibit<br>N-1013<br>One black phone bearing IMEI:359053140114675, S/N: W82202006167. |
| 123.1-12.10 | | | | | | N-1014<br>Identification cards for Rigoberto Campos Arellano and Jose Romero Rodriguez, one Limo Express Receipt and one Inter Cambio Express Receipt. |
| 124 | | | | | | Physical Exhibit<br>N-1015<br>One black iPhone with a black case. |
| 125 | | | | | | Physical Exhibit<br>N-1016<br>One black Samsung bearing IMEI:35236378674158247. |
| 126 | | | | | | Physical Exhibit<br>N-1017<br>One black Samsung bearing IMEI:353138606110626. |
| 127 | | | | | | Physical Exhibit<br>N-1018<br>One black Kolibri Automatic bill counter. |
| 128 | | | | | | Physical Exhibit<br>N-1019<br>One black composition notebook. |
| 129 | | | | | | Physical Exhibit<br>N-1020<br>Money transfer receipts. |
| 130 | | | | | | Physical Exhibit<br>N-1021<br>One black Puma duffle bag which previously contained $215,744.00 in U.S. Currency. |
| 131 | | | | | | Photograph of $215,744.00 U.S. Currency |
| 132 | | | | | | Physical Exhibit<br>N-1022a<br>Self-sealing evidence envelope and rubber bands previously containing $215,744.00 prior to money count. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 133 | | | | | | N-1022b<br>Photograph of $215,744.00 in original location. |
| 134 | | | | | | N-1022c<br>One picture of exhibit $215,744.00 in place. |
| 135.1 – 135.45 | | | | | | N-1023<br>Photographs of the search warrant that was executed at 6700 Cantata, Space 6704, Albuquerque, NM. |
| 136.1-136-20 | | | | | | Photographs of Blue 2019 Ford F-150 Raptor |
| 137.1 – 137.88 | | | | | | N-1050<br>Photographs from search warrant of a 2019 Chevy Silverado executed on April 28, 2025 in Abq, NM. |
| 138 | | | | | | Physical Exhibit<br>N-1051<br>One blue/black duffel bag |
| 139 | | | | | | Physical Exhibit<br>N-1052<br>One blue/black duffel bag, one black Adidas duffel bag, one camo Champion duffel bag, one blue Champion duffel bag, one black PNM drawstring bag, one grey Triple Gear backpack, and one camo Jordan lunch box |
| 140 | | | | | | Physical Exhibit<br>N-1053<br>One black Outdoor Products backpack |
| 141 | | | | | | Physical Exhibit<br>N-1054<br>One black and yellow Project Source 27-gallon Commander Storage Tote |
| 142 | | | | | | Physical Exhibit<br>Exhibit 1050<br>Fentanyl – 546,293 / 63.33 kg |
| 143 | | | | | | Physical Exhibit<br>Exhibit 1051<br>Cocaine – Powder 1004 g |
| 144 | | | | | | Physical Exhibit<br>Exhibit 1052<br>Methamphetamine – 31 g |
| 145 | | | | | | Physical Exhibit<br>Exhibit 1053<br>Heroin – 1025 g |
| 146 | | | | | | Physical Exhibit<br>Exhibit 1054.01<br>Fentanyl – Powder 2676 g |

| 147 | | | | | | | Physical Exhibit<br>Exhibit 1054.02<br>Fentanyl – Powder 670 g |
|---|---|---|---|---|---|---|---|
| 148 | | | | | | | Physical Exhibit<br>Cocaine – Powder 497 G |
| 149 | | | | | | | Physical Exhibit<br>Exhibit 1055<br>Fentanyl – Powder 12.17 g |
| 150 | | | | | | | Physical Exhibit<br>Exhibit 1056<br>Heroin – Powder 11.9 g |
| 151 | | | | | | | Physical Exhibit<br>Exhibit 1057<br>Heroin – Powder 73.6 g |
| 152 | | | | | | | Physical Exhibit<br>Exhibit 1058<br>Heroin – Powder 82.3 g |
| 153 | | | | | | | Physical Exhibit<br>Exhibit 1059<br>Methamphetamine – crystalline 593.4 g |
| 154 | | | | | | | Physical Exhibit<br>N-1150<br>Black notebook marked "blue sky" and green notebook marked "five star" with dates, names and money amounts - drug ledgers |
| 155 | | | | | | | Physical Exhibit<br>N-1151<br>Three black notebooks and one blue notebook, all marked "five star" with names, dates, and money amounts – drug ledgers |
| 156 | | | | | | | Physical Exhibit<br>N-1152<br>Folder marked "Carfax" and other documents |
| 157 | | | | | | | Physical Exhibit<br>N-1153<br>Money remitter receipts |
| 158 | | | | | | | Physical Exhibit<br>N-1154<br>Peel and stick labels with handwritten markings "GSV" |
| 159 | | | | | | | Physical Exhibit<br>N-1155<br>Money remitter receipts, some inside a plastic bag. |

| 160 | | | | | | Physical Exhibit N-1156 Red colored digital scale and red and black boxes containing digital scales marked "crimson." |
|---|---|---|---|---|---|---|
| 161 | | | | | | Physical Exhibit N-1157 Several black colored digital scales |
| 162 | | | | | | Physical Exhibit N-1158 Cellophane wrap and digital scales. |
| 163 | | | | | | Physical Exhibit N-1159 Key chain with keys and locking mechanism from B228. |
| 164 | | | | | | Physical Exhibit N-1160 Black and silver colored vacuum sealer marked "foodsaver." |
| 165 | | | | | | Physical Exhibit N-1161 Black and silver colored vacuum sealer marked "foodsaver." |
| 166 | | | | | | Physical Exhibit  N-1162 Black and silver colored vacuum sealer marked "foodsaver." |
| 167 | | | | | | Physical Exhibit N-1163 Five black plastic bins with accompanying yellow lids, which previously contained portions of exhibit 1150. |
| 168 | | | | | | Physical Exhibit N-1164 Brown colored duffel bag further containing two black duffel bags, all of which previously contained a portion of Exhibit 1150. |
| 169 | | | | | | Physical Exhibit Exhibit 1150 Fentanyl – 1,323,262 pills / 143405g |
| 170 | | | | | | Physical Exhibit Exhibit 1152 Cocaine -Powder 285 g |
| 171 | | | | | | Physical Exhibit Exhibit 1153 Heroin – Powder 49.2 g |

| 172 | | | | | | Physical Exhibit<br>Exhibit 1154<br>Methamphetamine – crystalline 1555g |
| 173 | | | | | | Physical Exhibit<br>Exhibit 1155<br>Fentanyl – Powder 1.85g |
| 174 | | | | | | Physical Exhibit<br>Exhibit 1350<br>Fentanyl – 1,253,038 pills / 135 kg |
| 175 | | | | | | Physical Exhibit<br>Exhibit 1351.01<br>Fentanyl – Powder 2995 g |
| 176 | | | | | | Physical Exhibit<br>Exhibit 1351.02<br>Cocaine – Powder 4038 g |
| 177 | | | | | | Physical Exhibit<br>Exhibit 1352<br>Heroin – 1008 g |
| 178 | | | | | | Physical Exhibit<br>N-1300<br>One blue Motorola cell phone with blue case. |
| 179 | | | | | | Physical Exhibit<br>N-1301<br>One silver-Mobile cellular phone in black case. |
| 180 | | | | | | Physical Exhibit<br>N-1302<br>One black cellular phone with floral case. |
| 181 | | | | | | Physical Exhibit<br>N-1303<br>One black leather ledger seized on April 28, 2025. |
| 182 | | | | | | Physical Exhibit<br>N-1304<br>One black Smith and Wesson 9mm shield pistol, serial number NJU7357. |
| 183 | | | | | | Physical Exhibit<br>One silver 9mm magazine contained in the magazine well of N-1304. |
| 184 | | | | | | Physical Exhibit<br>N-1304b<br>Eight 9mm bullets contained in N-1304a. |
| 185 | | | | | | Physical Exhibit<br>N-1304c<br>One multi-colored holster which contained N-1304. |

| 186 | | | | | | Physical Exhibit N-1305 LORCIN pistol .380 caliber, model L380, serial #203048. |
|-----|---|---|---|---|---|---|
| 187 | | | | | | Physical Exhibit N-1305a Six bullets of .380 caliber, contained in N-1305. |
| 188 | | | | | | Physical Exhibit N-1305b One silver .380 magazine, contained in N-1305. |
| 189 | | | | | | Physical Exhibit N-1306 .22 caliber noise only revolver. |
| 190 | | | | | | Physical Exhibit N-1306a Two boxes of ammunition (Ramset 22 Master shot) and (22 long rifle CCI). |
| 191 | | | | | | Physical Exhibit N-1307 .308 sniper rifle tan with a black scope and a tan sling, serial # B577164, HOWA Model 1500. |
| 192 | | | | | | Physical Exhibit N-1307a Two black .308 magazines. |
| 193 | | | | | | Physical Exhibit N-1307b Twenty-two .308 caliber bullets. |
| 194 | | | | | | Physical Exhibit N-1307c Four boxes of .308 ammunition; two boxes: Rifle Line SP 180 grain; two boxes: Full Metal Jacket Boat Tail |
| 195 | | | | | | Physical Exhibit N-1307d Black gun case containing N-1307. |
| 196 | | | | | | N-1308a Photograph of U.S. Currency |
| 197 | | | | | | Physical Exhibit N-1308b DEA sealed envelope which contained US Currency. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 198.1 – 198.25 | | | | | | N-1309<br>Photographs of the execution of a search warrant conducted at a residence in Rio Rancho. |
| 199.1 – 199.42 | | | | | | N-1352<br>Search Warrant Photographs of 10880 Unser Boulevard NW, storage unit #2721, Abq, NM taken on April 28, 2025. |
| 200 | | | | | | Physical Exhibit<br>N-1350<br>Two locks and two keys for storage locker #2721. |
| 201 | | | | | | Physical Exhibit<br>N-1351<br>Five plastic yellow and black tubs. |
| 202.1 – 202.45 | | | | | | N-1431<br>Photographs of the execution of a search warrant at a residence in Salem, Oregon. |
| 203 | | | | | | Physical Exhibit<br>N-1400<br>Reflective Colored Samsung Phone. |
| 204 | | | | | | Physical Exhibit<br>N-1400a<br>Cellular device extraction from N-1400. |
| 205 | | | | | | Physical Exhibit<br>N-1401<br>Blue Honor Phone with no case. |
| 206 | | | | | | N-1401a<br>Cellular device extraction from N-1401. |
| 207 | | | | | | Physical Exhibit<br>N-1402<br>Purple iPhone with no case. |
| 208 | | | | | | N-1402a<br>Cellular device extraction from N-1402. |
| 209 | | | | | | Physical Exhibit<br>N-1403<br>Black iPhone with a clear case. |
| 210 | | | | | | Physical Exhibit<br>N-1403a<br>Cellular device extraction from N-1403. |
| 211 | | | | | | Physical Exhibit<br>N-1404<br>Black Samsung Phone with no case. |
| 212 | | | | | | N-1404a<br>Cellular device extraction from N-1404. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 213 | | | | | | Physical Exhibit<br>N-1405<br>Purple iPhone with clear case with Jesus card. |
| 214 | | | | | | N-1405a<br>Cellular device extraction from N-1405. |
| 215 | | | | | | Physical Exhibit<br>N-1406<br>Green iPhone with blue case. |
| 216 | | | | | | N-1406a<br>Cellular device extraction from N-1406. |
| 217 | | | | | | Physical Exhibit<br> N-1407<br>White iPhone with no case. |
| 218 | | | | | | Physical Exhibit<br>N-1408<br>Navy blue iPhone with no case. |
| 219 | | | | | | Physical Exhibit<br>N-1409<br>Green iPhone with a clear case and cowboy sticker. |
| 220 | | | | | | N-1409a<br>Cellular device extraction from N-1409. |
| 221 | | | | | | Physical Exhibit<br>N-1410<br>Verizon Flip Phone. |
| 222 | | | | | | N-1410a<br>Cellular device extraction from N-1410. |
| 223 | | | | | | Physical Exhibit<br>N-1411<br>Silver iPhone with a clear case and Seattle, Washington sticker. |
| 224 | | | | | | Physical Exhibit<br>N-1412<br>Navy Blue iPhone with a black case. |
| 225 | | | | | | N-1412a<br>Cellular device extraction from N-1412. |
| 226 | | | | | | Physical Exhibit<br> N-1413<br>Green iPhone with clear case. |
| 227 | | | | | | N-1413a<br>Cellular device extraction from N-1413. |
| 228 | | | | | | Physical Exhibit<br> N-1414<br>Black iPhone with clear case. |

| 229 | | | | | | Physical Exhibit<br>N-1415<br>Light Blue Android phone with no case. |
| 230 | | | | | | Physical Exhibit<br>N-1416<br>Black Samsung Phone with gold sparkle case. |
| 231 | | | | | | N-1416a<br>Cellular device extraction from N-1416. |
| 232 | | | | | | Physical Exhibit<br>N-1417<br>Blue iPhone with white case |
| 233 | | | | | | Physical Exhibit<br>N-1418<br>Navy Blue iPhone with no case. |
| 234 | | | | | | N-1418a<br>Cellular device extraction from N-1418. |
| 235 | | | | | | Physical Exhibit<br>N-1419<br>Black iPhone with a clear case |
| 236 | | | | | | N-1419a<br>Cellular device extraction from N-1419. |
| 237 | | | | | | Physical Exhibit<br>N-1420<br>Navy Blue iPhone with a navy blue case |
| 238 | | | | | | Physical Exhibit<br>N-1420a<br>Cellular device extraction from N-1420. |
| 239 | | | | | | Physical Exhibit<br>N-1421<br>Navy Blu iPhone with a black case |
| 240 | | | | | | N-1421a<br>Cellular device extraction from N-1421. |
| 241 | | | | | | Physical Exhibit<br>N-1422<br>Cream colored iPhone with a clear case. |
| 242 | | | | | | N-1422a<br>Cellular device extraction from N-1422. |
| 243 | | | | | | Physical Exhibit<br>N-1423<br>Silver iPhone with a navy blue case. |
| 244.1-<br>244-10 | | | | | | N-1424<br>Tax documents |
| 245 | | | | | | Physical Exhibit<br>N-1425<br>Drug Ledger |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 246 | | | | | | | Physical Exhibit<br>N-1426<br>Drug Ledger |
| 247 | | | | | | | N-1427a<br>Photograph of $2,848,813.00 |
| 248 | | | | | | | Physical Exhibit<br>N-1427b<br>SSEE EL000004739, SSEE L000056752 and SSEE S001621014, and rubber bands which all previously contained $2,848,813.00. |
| 249 | | | | | | | Photograph of 2024 Mercedes GLE 63s AMG Coupe |
| 250 | | | | | | | Photograph of 2021 Ford F-150 Shelby Super Snake Sport – 770 Horsepower |
| 251 | | | | | | | Photograph of gold jewelry – two necklaces and four bracelets |
| 252 | | | | | | | N-1432<br>Pole camera footage from residence in Salem, Oregon. |
| 253 | | | | | | | N-1500a<br>Photograph of $780,200.00. |
| 254 | | | | | | | Physical Exhibit<br>N-1500b<br>Original rubber bands, which all previously contained $780,200.00. |
| 255 | | | | | | | Photograph of White 2021 Dodge Ram TRX Mammoth 1000 |
| 256 | | | | | | | Photograph of $192,885.00 |
| 257 | | | | | | | Photograph of $200,000.00 in U.S. Currency |
| 258 | | | | | | | Physical Exhibit<br>N-1512<br>One grey iPhone with clear and white case. |
| 259 | | | | | | | Physical Exhibit<br>N-1513<br>One black iPhone with clear/white case. |
| 260.1-260.160 | | | | | | | N-1514<br>Search warrant photos of residence in Phoenix, Arizona. |
| 261 | | | | | | | Physical Exhibit<br>N-1515<br>A black and red key remote with a black and red Arizona Teddy bear to a TRX pickup. |
| 262 | | | | | | | Physical Exhibit<br>Exhibit 24<br>Fentanyl-Powder 1012 g |

| | | | | | | |
|---|---|---|---|---|---|---|
| 263 | | | | | | Physical Exhibit<br>Exhibit 25<br>Methamphetamine – crystalline 4473 g |
| 264 | | | | | | Physical Exhibit<br> Exhibit 26<br>Heroin – rock like 990.39 g |
| 265 | | | | | | Physical Exhibit<br>Exhibit 27<br>Methamphetamine – crystalline 26.8g |
| 266 | | | | | | Physical Exhibit<br>Exhibit 28<br>Heroin – rock like 996.02 g |
| 267 | | | | | | Physical Exhibit<br>Exhibit 29<br>Heroin – rock like – 992.5 g |
| 268 | | | | | | Physical Exhibit<br>Exhibit 30<br>Fentanyl – 100,930 pills – 10.94 kg |
| 269 | | | | | | Physical Exhibit<br>Exhibit 31<br>Cocaine HCL – Powder 5035.6 g |
| 270 | | | | | | Physical Exhibit<br>Photograph of $93,334.00 |
| 271 | | | | | | Physical Exhibit<br>Photograph of Tan 2021 Dodge Ram TRX |
| 272 | | | | | | Physical Exhibit<br>Photograph of Hellcat |
| 273 | | | | | | Physical Exhibit<br> N-1524<br>Black iPhone with a black case |
| 274 | | | | | | Physical Exhibit<br>N-1525<br>A white iPhone with a multicolored case. |
| 275 | | | | | | Physical Exhibit<br>N-1526<br>Red notebook - drug ledger |
| 276 | | | | | | Physical Exhibit<br>Exhibit 39<br>Cocaine HCL – Powder 2837.7 g |
| 277 | | | | | | Physical Exhibit<br> Exhibit 40<br>Heroin – Gum Like 226 g |
| 278 | | | | | | Physical Exhibit<br>Exhibit 41<br>Methamphetamine – crystalline 459.6 g |

| 279 | | | | | | Physical Exhibit<br> Exhibit 42<br>Fentanyl – 1,236 pills – 137.7 g |
|---|---|---|---|---|---|---|
| 280 | | | | | | Physical Exhibit<br>Exhibit 101<br>Fentanyl – 365.9 g |
| 281.1-<br>281.100 | | | | | | Photographs of the execution of a search warrant conducted on April 28, 2025. |
| 282 | | | | | | Physical Exhibit<br>Canik SFx Rival 9x19 9mm handgun, serial number T6472-22CM30658 |
| 283 | | | | | | Physical Exhibit<br>black and tan AR-style 5.56x45mm pistol with no serial number ("ghost gun") |
| 284 | | | | | | Physical Exhibit<br> Keltec Sub2000 9mm pistol carbine, serial number 07401 |
| 285 | | | | | | Physical Exhibit<br>Smith & Wesson M&P Shield .40 caliber handgun, serial number JDV5702 |
| 286 | | | | | | Physical Exhibit<br>Intratec TEC-9 9mm Luger firearm, serial number 02015 |
| 287 | | | | | | Physical Exhibit<br>Smith & Wesson 9mm pistol, serial number HXP8229 |
| 288 | | | | | | Physical Exhibit<br>Colt .22 caliber pistol, serial number PH36149 |
| 289 | | | | | | Physical Exhibit<br>9mm handgun with no serial number, comprised of a Polymer 80 brand polymer lower, model number PF94DV2, with 9mm upper ("ghost gun") |
| 290 | | | | | | Physical Exhibit<br> Bryco Jennings 9mm handgun, serial number 1413813 |
| 291 | | | | | | Physical Exhibit<br>Hi-Point C9 9mm handgun, serial P1698087 |
| 292 | | | | | | Physical Exhibit<br> Ruger LC9 9mm handgun, serial number 25-2358 |
| 293 | | | | | | Physical Exhibit<br>Ruger American 9mm handgun, serial number 860-08862 |

| 294 | | | | | | Physical Exhibit<br>Diamondback DB 380 .380 caliber handgun, serial number ZH8484 |
| 295 | | | | | | Physical Exhibit<br>Iver Johnson Target 55A .22 caliber revolver, serial number H44606 |
| 296 | | | | | | Physical Exhibit<br>Smith & Wesson M&P FPC 9mm pistol carbine, serial number VA28030 |
| 297 | | | | | | Physical Exhibit<br>Connecticut Valley Arms .50 caliber back powder pistol, no serial number |
| 298 | | | | | | Physical Exhibit<br>grey Ghost Precision 9mm pistol, no serial number, ("ghost gun") |
| 299 | | | | | | Physical Exhibit<br> Glock" polymer lower 9mm pistol, no serial number ("ghost gun") |
| 300 | | | | | | Physical Exhibit<br>Ruger EC9S 9mm handgun, serial number 458-63348 |
| 301 | | | | | | Physical Exhibit<br>Springfield Armory Hellcat 9mm handgun, serial number BY388646 |
| 302 | | | | | | Physical Exhibit<br>Glock 43X, 9mm handgun, serial number BZNK859 |
| 303 | | | | | | Physical Exhibit<br>Smith & Wesson M&P 10mm handgun, serial number NMV8695 |
| 304 | | | | | | Physical Exhibit<br>Kimber Micro 9mm handgun, serial number PB0238281 |
| 305 | | | | | | Physical Exhibit<br>Ruger SP101 .357 caliber magnum revolver, serial number 578-46105 |
| 306 | | | | | | Physical Exhibit<br>9mm pistol comprised of a Glock lower with serial number BKZC204 and a non-Glock upper slide with no serial number |
| 307 | | | | | | Physical Exhibit<br>9mm fully automatic pistol comprised of a Glock lower with serial number BUXP852 and a Grey Ghost Precision upper slide with no serial number and an installed machinegun conversion device |

| | | | | | |
|---|---|---|---|---|---|
| 308 | | | | | Physical Exhibit<br>approximately 98 rounds of 9mm caliber ammunition |
| 309 | | | | | Physical Exhibit<br>approximately 10 rounds of .22 caliber ammunition |
| 310 | | | | | Physical Exhibit<br>approximately three rounds of .40 caliber ammunition |
| 311 | | | | | Physical Exhibit<br>approximately 12 rounds of .10mm caliber ammunition |
| 312 | | | | | Physical Exhibit<br>approximately 30 rounds of .357 caliber ammunition |
| 313 | | | | | Photograph of $348,306.00 in U.S. Currency |
| 314 | | | | | Physical Exhibit<br>Exhibit 301<br>Fentanyl – 1,016 pills - 109.7 g |
| 315 | | | | | Physical Exhibit<br>Exhibit 302<br>Fentanyl – 2,993 pills - 409.2 g |
| 316 | | | | | Physical Exhibit<br>Exhibit 303<br>Fentanyl/cocaine 476.53 g |
| 317 | | | | | Physical Exhibit<br>Exhibit 304<br>Heroin – 111.48 g |
| 318 | | | | | Physical Exhibit<br>Exhibit 305<br>Heroin – 1198.4 g |
| 319 | | | | | Physical Exhibit<br>Exhibit 306<br>Fentanyl – 99,245 pills - 10944.8 kg |
| 320 | | | | | Physical Exhibit<br>Methamphetamine – 1140.3 g |
| 321 | | | | | Physical Exhibit<br>Exhibit 308<br>Fentanyl – 76 pills – 8.2 g |
| 322 | | | | | Physical Exhibit<br>Fentanyl – 1,006 pills – 105.8 g |
| 323 | | | | | Physical Exhibit<br>Exhibit 310<br>Fentanyl – 333,693 pills – 35.7 kg |
| 324.1-324.100 | | | | | Photographs of the execution of a search warrant conducted on April 28, 2025. |

| 325 | | | | | | Physical Exhibit<br>Rohm RG 20 revolver, .22 caliber, serial number 60470 |
|-----|--|--|--|--|--|----|
| 326 | | | | | | Physical Exhibit<br>Rohm RG 14 revolver, .22 caliber, serial number L674084 |
| 327 | | | | | | Physical Exhibit<br>Anderson AM-15 rifle, serial number 19284568 |
| 328 | | | | | | Physical Exhibit<br>Romarm Draco, AK-47, 7.62x39 caliber, serial number ROA 22 DG-5305 |
| 329 | | | | | | Physical Exhibit<br>10-22 Ruger long rifle, serial number 0009-51206 |
| 330 | | | | | | Physical Exhibit<br>Beretta, model .20, .25 caliber pistol, serial number BE05151V |
| 331 | | | | | | Physical Exhibit<br>Jana Bison .22 long caliber revolver, serial number 367561 |
| 332 | | | | | | Physical Exhibit<br>CZ 85 Combat, .40 caliber pistol, serial number B364269 |
| 333 | | | | | | Physical Exhibit<br> FNH, model FNS-40, .40 caliber pistol, serial number GKU0006091 |
| 334 | | | | | | Physical Exhibit<br>Springfield XDS-9, 9mm caliber pistol, serial number S3662973 |
| 335 | | | | | | Physical Exhibit<br>Taurus Judge, .45/410 caliber revolver, serial number AU26085 |
| 336 | | | | | | Physical Exhibit<br>Kel Tec shotgun, model KSG, serial number XXM703 |
| 337 | | | | | | Physical Exhibit<br>Century Arms CANik 9x19, 9mm caliber, serial number T6472-21 CC10183 |
| 338 | | | | | | Physical Exhibit<br>Anderson AM-15, serial number 22074976 |
| 339 | | | | | | Physical Exhibit<br>Approximately $2,476.00 in United States currency. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 340 | | | | | | Physical Exhibit<br>Exhibit 331<br>Fentanyl – 126 pills – 13.340 g |
| 341 | | | | | | Physical Exhibit<br>Exhibit 332<br>Fentanyl – 1 pill – 0.109 g |
| 342 | | | | | | Physical Exhibit<br>Exhibit 335<br>Fentanyl – 11052.8 g |
| 343 | | | | | | Physical Exhibit<br>Exhibit 26<br>Fentanyl – 11,000 pills |
| 344.1-<br>344.100 | | | | | | Photographs of execution of search warrant on May 1, 2025. |
| 345 | | | | | | Physical Exhibit<br>N-2117<br>Make: Ruger Model: SR22 Serial#: 360-21717 |
| 346 | | | | | | Physical Exhibit<br>A black .22LR magazine. |
| 347 | | | | | | Physical Exhibit<br>N-2117b<br>Seven .22LR rounds |
| 348 | | | | | | Physical Exhibit<br>N-2118<br>Ammunition |
| 349 | | | | | | Physical Exhibit<br>N-2119<br>A black rifle magazine. |
| 350.1-<br>350.183 | | | | | | Physical Exhibit<br>N-2120<br>Photographs of the execution of a search warrant conducted on May 1, 2025. |
| 351 | | | | | | Physical Exhibit<br>N-2122<br>Make: Hi-Point Model: C-9 Serial#: 10209505 |
| 352 | | | | | | Physical Exhibit<br>N-2122a<br>A black Hi- Point magazine. |
| 353 | | | | | | Physical Exhibit<br>N-2122b<br>Five rounds of 9mm |
| 354 | | | | | | Physical Exhibit<br>N-2125<br>Make: Ruger Model: LPC Serial#: 379176506 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 355 | | | | | | Physical Exhibit<br>N-2125a<br>A black Ruger magazine. |
| 356 | | | | | | Physical Exhibit<br>N-2125b<br>Five rounds of .380 |
| 357 | | | | | | Consent Form to Search 701 Menaul Blvd NW and black iPhone with black case dated May 2, 2025. |
| 358.1-358.135 | | | | | | N-437<br>Photographs of the execution of a search warrant conducted on May 2, 2025. |
| 359 | | | | | | Physical Exhibit<br>N-435<br>Black iPhone with a black case<br>Phone number (505) 702-6594 |
| 360.1-360.5 | | | | | | N-436a<br>Photographs of $4,522.00 |
| 361 | | | | | | Physical Exhibit<br>N-436b<br>SSEE which originally contained the $4,522.00 |
| 362.1–362.20 | | | | | | Jail Calls |
| 362.21 | | | | | | Certificate of Authenticity |
| 363.1-363.6 | | | | | | Court documents – Prior Convictions |
| 364 | | | | | | *United States v. Alex Martinez*, 21-CR-0310 DHU – Plea Agreement |
| 365 | | | | | | *United States v. Alex Martinez*, 21-CR-0310 DHU – Conditions of Release |
| 366.1-366.70 | | | | | | Photographs of the search warrant executed on April 28, 2025 at Juan Tabo Storage Unit |
| 367.1-20 | | | | | | N-3029<br>2128 Sagecrest Loop photographs of interior |
| 368.1-20 | | | | | | N-3030<br>2128 Sagecrest Loop photographs of drugs |
| 369 | | | | | | T-Mobile spreadsheet re 505-737-4422 |
| 370 | | | | | | T-Mobile Certification for 505-737-4422 |
| 371 | | | | | | T-Mobile spreadsheet re 505-737-4422 |
| 372 | | | | | | T-Mobile Certification for 505-737-4422 |
| 373 | | | | | | T-Mobile spreadsheet re 505-737-4422 |
| 374 | | | | | | T-Mobile Certification for 505-737-4422 |
| 375 | | | | | | T-Mobile Certification for 505-702-6594 |
| 376 | | | | | | T-Mobile Certification for 505-702-6594 |
| 377 | | | | | | T-Mobile Certification for 505-702-6594 |

| 378 | | | | | | T-Mobile Certification for 505-702-6594 |
| 379 | | | | | | T-Mobile Certification for 505-702-6594 |
| 380 | | | | | | T-Mobile Certification for 505-702-6594 |
| 381 | | | | | | T-Mobile Certification for 505-389-9371 |
| 382 | | | | | | T-Mobile Certification for 505-389-9371 |
| 383 | | | | | | T-Mobile Certification for 505-389-9371 |
| 384 | | | | | | T-Mobile Certification for 505-389-9371 |
| 385 | | | | | | T-Mobile Certification for 505-389-9371 |
| 386 | | | | | | T-Mobile Certification for 505-389-9371 |
| 387 | | | | | | T-Mobile Certification for 505-389-9371 |
| 388 | | | | | | T-Mobile Certification for 505-389-9371 |
| 389 | | | | | | T-Mobile Certification for 505-389-9371 |