IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

v. 1:25-cr-879-JMC

HERIBERTO SALAZAR-AMAYA, et al.,

Defendants.

# SECOND AMENDED SCHEDULING ORDER

On October 5, 2026, the parties appeared before the Court, by counsel, for a status and scheduling conference. The parties agreed the need for a rescheduled trial to commence in March 2027. The Court VACATES the First Amended Scheduling Order in this criminal action and imposes the following deadlines and directions:

1. November 6, 2026: Meet and confer deadline for expert witnesses;
2. January 15, 2027: Consolidated Final Pretrial Order; disclosure of exhibit and witness lists; proposed jury instructions;
3. February 16, 2027: Pretrial Conference at 8:30 a.m. Location to be determined;
4. March 1, 2027: Jury Selection/Trial at 8:30 a.m. Location to be determined.

*Directions*

Discovery: The Court orders that the United States shall continuously make available discovery on an ongoing basis, and make available to the defendants by the time required by the applicable law all material for which disclosure is mandated by *Giglio v. United States*, 405 U.S. 150 (1972), and the Jencks Act, 18 U.S.C. § 3500.

Trial: The trial will last a maximum **three weeks**. The Court further orders, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the time between the entry of this Order and the trial date is excluded for the purposes of the Speedy Trial Act computation.

IT IS SO ORDERED.

Entered for the Court
this the 6th day of October, 2026

/s/ Joel M. Carson III_______
Joel M. Carson III
United States Circuit Judge
Sitting by Designation